UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Dilenia Collado and Maria Collado, | : |
| | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 2:13-cv-05982-JFB-GRB |
| | : |
| Performant Recovery, Inc.; and DOES 1-10, inclusive, | : |
| | : |
| Defendant. | : |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiffs anticipate filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: January 31, 2014

Respectfully submitted,

PLAINTIFFS, Dilenia Collado and Maria Collado

/s/ Sergei Lemberg

Sergei Lemberg, Esq. (SL 6331)
**LEMBERG LAW L.L.C.**
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
slemberg@lemberglaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on January 31, 2014, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Eastern District of New York Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                          By /s/ Sergei Lemberg

                                              Sergei Lemberg