FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 27 2014 ★

LONG ISLAND OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Dilenia Collado and Maria Collado,<br><br>Plaintiffs,<br>v.<br><br>Performant Recovery, Inc.; and DOES 1-10, inclusive,<br><br>Defendant. | Civil Action No.: 2:13-cv-05982-JFB-GRB |

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against Performant Recovery, Inc. with prejudice and without costs to any party.

| Dilenia Collado and Maria Collado | Performant Recovery, Inc. |
|---|---|
| /s/ Sergei Lemberg | /s/ Concepcion A. Montoya |
| Sergei Lemberg, Esq. (SL 6331)<br>LEMBERG LAW, LLC<br>1100 Summer Street, 3rd Floor<br>Stamford, CT 06905<br>(203) 653-2250<br>Attorney for Plaintiff | Concepcion A. Montoya, Esq. (CM 7147)<br>HINSHAW & CULBERTSON LLP<br>800 Third Avenue, 13th Floor<br>New York, New York 10022<br>(212) 471-6200<br>Attorney for Defendant |

*The Clerk of the Court shall the case.*

Date: March 27 2014
Central Islip, N.Y